## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV7324              Purchased/Filed: August 16, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

*The New York City District Council of Carpenters Pension Fund, et al*     Plaintiff

against

*Gazetten Contracting, Inc.*     Defendant

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____August 24, 2007____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint and Judge's Rules

on

_____Gazetten Contracting, Inc._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__ Approx. Wt: __160__ Approx. Ht: __5'9"__
Color of skin: __White__ Hair color: __Blonde__ Sex: __F__ Other: _____

Sworn to before me on this

__28th__ day of _____August, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0707071

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**