UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY         07 CV 7324 (GEL)
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN       **ORDER TO SHOW CAUSE**
RETRAINING, EDUCATIONAL AND INDUSTRY           **FOR DEFAULT**
FUND, NEW YORK CITY DISTRICT COUNCIL OF        **JUDGMENT AND ORDER**
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

                                    Plaintiffs,

        -against-

GAZETTEN CONTRACTING, INC.,

                                    Defendant.
-------------------------------------------------------------------------X

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 25th day of October, 2007 and all of the proceedings had herein, let Defendant Gazetten Contracting, Inc., appear before Judge Gerard E. Lynch at this Federal Courthouse, Courtroom 6-B, located at 500 Pearl Street, New York, NY, 10007 on the 9th day of November, 2007 at 4:45 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against Gazetten Contracting, Inc. and in favor of plaintiffs, confirming an arbitration award dated July 16, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5__ P.M. on the _31st_ day of __October__, 2007 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before __November 5__, 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
        _Oct. 26_, 2007

_[signature]_
Honorable Gerard E. Lynch
United States District Judge