UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                                          07 CV 7324 (GEL)
DISTRICT COUNCIL OF CARPENTERS                                        ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,                                 **DEFAULT JUDGMENT**
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                Plaintiffs,

     -against-

GAZETTEN CONTRACTING, INC.,

                                Defendant.
------------------------------------------------------------------X

This action having been commenced on August 16, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Gazetten Contracting, Inc. on August 24, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on September 6, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on October 3, 2007, it is

2

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $192,624.27 plus interest of ten percent (10%) per annum from the date of said award, July 16, 2007, through the date of entry of this judgment, totaling _____, in addition to attorneys' fees and costs in the amount of $1,182.00 for a total of _____, and that Gazetten Contracting, Inc. and its officers are ordered to produce any and all books and records relating to Gazetten Contracting, Inc. for the period of July 1, 2005 through July 16, 2007.

Dated: _____
       New York, New York

 

_____
Honorable Gerard E. Lynch
United States District Judge

This document was entered on the docket on _____.

2