STATE OF NEW YORK     )
                      :SS.:
COUNTY OF NEW YORK    )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 29th day of October, 2007, I served plaintiffs' **ORDER TO SHOW CAUSE** and **DEFAULT JUDGMENT** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Gazetten Contracting, Inc.
      49 West 37th Street, 9th Floor
      New York, New York 10018

_____
IAN K. HENDERSON

Sworn to before me this
29th day of October, 2007

_____
NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011